IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONNA LIBERTO, | : |
| Plaintiff, | : C.A. No.: 08-773-SLR |
| v. | : |
| SMYRNA SCHOOL DISTRICT,<br>PATRICIA P. CONLEY, both individually<br>and in her official capacity,<br>DEBORAH D. WICKS,<br>in her official capacity, | : JURY TRIAL DEMANDED |
| Defendants. | : |

## STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, by and through her attorney, Ronald G. Poliquin, of Young, Malmberg & Howard, P.A., and Defendants, by and through their attorney, James H. McMackin, III, of Morris James LLP, and hereby stipulate and agree that the above matter shall be dismissed with prejudice.

YOUNG, MALMBERG & HOWARD, P.A.

BY: _____
RONALD G. POLIQUIN (BAR I.D. # 4447)
rpoliquin@youngmalmberg.com
30 The Green
Dover, DE 19901
(302) 672-5600
Attorneys for Plaintiff

DATED:

MORRIS JAMES LLP

BY: _____
DAVID H. WILLIAMS (BAR I.D. #616)
dwilliams@morrisjames.com
JAMES H. McMACKIN, III (BAR I.D.# 4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6900/5849
Attorney for Defendants

DATED: July 10, 2009

2264557/1

## CERTIFICATE OF SERVICE

I certify that on this _10_ day of July, 2009 I caused to be served two (2) copies of the attached Stipulation of Dismissal upon the following party via United States Mail, postage prepaid:

JAMES H. MCMACKIN, III, 4284
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

                                                  YOUNG, MALMBERG & HOWARD, P.A.

                                                  Ronald G. Poliquin, Esquire
                                                  I.D. No. 4447
                                                  30 The Green
                                                  Dover, DE 19901
                                                  302-672-5600
                                                  *Attorney for Plaintiff*